IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARLA ANTOINETTE WILLIAMS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 1:11-CV-1067-MEF |
| DOUGLAS ALBERT VALESKA, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

On March 12, 2012, the Magistrate Judge filed a Recommendation (Doc. # 7) in this case. Despite Plaintiff filing of untimely objections (Docs. # 8-10), the Court has considered them along with the rest of the file in this case. After an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED;

2. Plaintiff's Motion to Request Addendum to Objections (Doc. # 10) is GRANTED;

3. Plaintiff's Objections (Docs. # 8-10) are OVERRULED; and,

4. Plaintiff's claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

DONE this the 10th day of May, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE